FILED
2007 Jan-25 PM 12:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAROLD DOUGLAS MCRAE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: |
| v. ) | |
| ) | CV-06-RRA-4886-S |
| JUDGE MARGARET L. GIVHAN, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**Memorandum of Opinion**

This case comes before the undersigned on the In Forma Pauperis Affidavit filed by the Plaintiff. (Doc. 2). The magistrate considered same and ordered that the Plaintiff should be allowed to proceed as a pauper, and thus should be allowed to commence this action without prepayment of fees, costs, or security. In making the determination of whether a Plaintiff qualified as a pauper, the magistrate also recommended that this case be DISMISSED as frivolous, and failing to state a claim upon which relief may be granted. 28 U.S.C.A. § 1915 (e)(2)(B)(I) and (ii). The time for filing objections to the report and recommendation has passed. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. A final order will be entered.

Done the 25th day of January, 2007.

U.W. Clemon
United States District Judge